TDCJ Offender Details

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
TDCJ Home  Q  New Offender Search

51,060-02

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01459260 |
| **TDCJ Number:** | 01930443 |
| **Name:** | COX,ARLON |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1943-12-03 |
| **Maximum Sentence Date:** | 2038-11-26 |
| **Current Facility:** | JOE F GURNEY |
| **Projected Release Date:** | 2024-01-17 |
| **Parole Eligibility Date:** | 2016-07-17 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**    Offender is not scheduled for release at this time.

**Scheduled Release Type:**    Will be determined when release date is scheduled.

**Scheduled Release Location:**    Will be determined when release date is scheduled.

## Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1989-03-29 | DWI | 1989-11-27 | WALKER | 15,452-C | 4-00-00 |